# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-01387-WYD-KMT | Date: | April 1, 2014 |
| Courtroom Deputy: | Cathy Pearson | FTR: | Courtroom C-201 |

*Parties:*                                                                  *Counsel:*

ROBERT RITCHIE,                                                Robert Brovege, Jr.

    Plaintiff,

v.

CHARTIS CLAIMS, INC., d/b/a AIG Casualty            Peter Middleton
Company, and
COMMERCE AND INDUSTRY INSURANCE
COMPANY,

    Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:33 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Court states its understanding of the issues.

Discussion held regarding Notice of Withdrawal of Portions of Requests included in Plaintiff's Motion to Compel (doc. 31, filed 3/5/14). The Court deems the portion of the motion requesting production of the disputed Rule 16 report dated December 9, 2010 as well as the cover letter described in the October 18, 2011 report of Dr. Williams as withdrawn.

Argument and discussion held regarding Plaintiff's Motion to Compel (Doc. 25, filed 2/14/14).

The Court makes findings.

**ORDERED: Plaintiff's Motion to Compel (Doc. 25, filed 2/14/14) is DENIED as stated on the record.**

**2:11 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:38

To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.