IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01387-WYD-KMT

ROBERT RITCHIE,

     Plaintiff,

v.

CHARTIS CLAIMS, INC., d/b/a AIG CASUALTY COMPANY, and
COMMERCE AND INDUSTRY INSURANCE COMPANY,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     In light of the Notice of Settlement (ECF No. 54) filed August 27, 2014, the Defendants' Motion for Summary Judgment (ECF No. 35) is **DENIED AS MOOT**.

     Dated:  August 28, 2014