IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-CV-01387-WYD-KMT

ROBERT RITCHIE,

    Plaintiff,

v.

CHARTIS CLAIMS, INC., d/b/a AIG CASUALTY COMPANY, and
COMMERCE AND INDUSTRY INSURANCE COMPANY,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice (ECF No. 61). After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice. Accordingly, it is

ORDERED that Stipulation for Dismissal with Prejudice (ECF No. 61) is **APPROVED.** This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs.

Dated: October 17, 2014

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          UNITED STATES SENIOR DISTRICT JUDGE